IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:20cr101 |
| Plaintiff, | : | |
| vs. | : | JUDGE WALTER H. RICE |
| DENISE MELNICK | : | |
| Defendant. | : | |

**ENTRY REFERRING DEFENDANT TO DR. BOB STINSON, PSY.D., J.D., LICDCCD, ABPP, FOR AN EXAMINATION TO DETERMINE PRESENT MENTAL STATUS AND TESTING TO DETERMINE COGNITIVE ABILITIES AND POTENTIAL OF DEFENDANT, PURSUANT TO 18 U.S.C.§3552(c); PROCEDURES ORDERED OF COUNSEL; REQUEST OF DR. De MARCHIS AND OF COUNSEL**

This Court, upon defendant's motion, pursuant to 18 U.S.C. §3552(c), refers Defendant herein to Dr. Bob Stinson, Psy.D., J.D., LICDC-CS, ABPP, for the purposes of a mental status evaluation.

Accordingly, it is the request of this Court that counsel for the Defendant and the government furnish Dr. Bob Stinson with any materials and/or statements they wish within seven days from date of this Entry. For its part, the Court will furnish the Pre-Sentence Investigation Report. Dr. Stinson should delay any evaluation until expiration of the seven day period.

Defendant is currently on bond with this Court, awaiting sentencing. The Court requests Dr. Stinson is to contact defendant's counsel, Arthur Mullins, at 937-225-7687, to facilitate the scheduling of an appointment.

March 15, 2021

_WALTER H. RICE_
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record