IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENISE MELNICK,

    Defendant.

Case No. 3:20cr101

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S REQUEST FOR COURT ORDERED THERAPIST

---

Pursuant to a letter to this Court dated January 31, 2023, Defendant has asked for an order of the Court substituting her present Court-ordered therapist for another person. This request is OVERRULED. Although Ms. Angie Bignell might not possess the certifications for the type of therapist Defendant feels is needed in her case, Ms. Bignell is both an excellent therapist and, moreover, eminently qualified to treat Defendant based upon years of training in her field.

February 14, 2023

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Eric Dern, USPO